IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILIP STEIER, on behalf of himself and all others similarly situated, | ) ) ) | 4:16CV3184 |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| HIGHLAND OPERATING CO., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' joint stipulation (filing 37) and Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that this action, including all claims, counterclaims, and cross-claims, is dismissed without prejudice.

DATED this 31st day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge